**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-00357-01-CR-W-BP |
| | ) | |
| TERRY R. WINEMILLER, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On December 17, 2025, the Court ordered Defendant be committed to the custody of the Attorney General or to the Attorney General's designated representative to undergo a psychological examination pursuant to 18 U.S.C. § 4241. (Doc. 23) Defendant was examined by Courtney Mills, Psy.D., and Annabelle Falloria, Doctoral Psychology Intern, who prepared a report dated March 24, 2026, opining that Defendant is competent to proceed. (Doc. 27)

A competency hearing was held on April 7, 2026. The Government was represented by Assistant United States Attorney Teresa Moore. Defendant was present, represented by appointed counsel Arimeta DuPree. The parties stipulated that Dr. Mills and Ms. Falloria would testify consistently with the report. No additional evidence was presented. Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. Therefore, it is

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

Counsel are advised that, pursuant to 28 U.S.C. § 636(b)(1), each has fourteen days from the date of this Report and Recommendation to file and serve specific objections to the same, unless an extension of time for good cause is obtained. Failure to file and serve timely specific

objections may result in waiver of the right to appeal factual findings made in the report and recommendation which are accepted or adopted by the district judge except upon the ground of plain error or manifest injustice.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE