**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )    Case No. 25-00357-01-CR-W-BP
                                       )
TERRY R. WINEMILLER,                   )
                                       )
            Defendant.                 )

**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND**
**(2) FINDING DEFENDANT COMPETENT TO PROCEED TO TRIAL**

On December 17, 2025, Defendant was ordered to undergo a competency evaluation. (Doc. 23.)   Defendant was examined by Courtney Mills, Psy.D., and Annabell Falloria, a Doctoral Psychology Intern, who prepared a report documenting their observations and conclusions.   It is their opinion that Defendant is competent to proceed to trial.   (Doc. 27.)

During a hearing held before United States Magistrate Judge Jill A. Morris on April 7, 2026, the report was entered in evidence, and no other evidence was offered.   (*See* Doc. 30.) Thereafter, Judge Morris issued a Report recommending that the Court find that Defendant is competent to proceed.   (Doc. 31.)   The parties have filed responses reflecting they have no objections to the Report and Recommendation.   (Doc. 32; Doc. 33.)   Accordingly, after reviewing the Record (including the report), it is

ORDERED that the Report and Recommendation of Judge Morris is adopted in its entirety, and this Court finds that Defendant is competent to proceed to trial.

**IT IS SO ORDERED.**

                                        _/s/Beth Phillips_____
                                        BETH PHILLIPS, JUDGE
DATE:  April 16, 2026                   UNITED STATES DISTRICT COURT